**NOT RECOMMENDED FOR FULL-TEXT PUBLICATION**
File Name: 05a0138n.06
Filed: February 22, 2005

**No. 04-5400**

**UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT**

| | | |
|---|---|---|
| DANA BROOKS, | ) | |
| | ) | |
| Plaintiff-Appellant, | ) | |
| | ) | |
| v. | ) | ON APPEAL FROM THE UNITED |
| | ) | STATES DISTRICT COURT FOR THE |
| COMMISSIONER OF SOCIAL SECURITY, | ) | WESTERN DISTRICT OF TENNESSEE |
| | ) | |
| Defendant-Appellee. | ) | |
| | ) | |
| | ) | |
| | ) | |
| | ) | |

Before: RYAN and COOK, Circuit Judges; BELL, District Judge.[*]

PER CURIAM. Dana Brooks appeals the district court's order affirming the ALJ's denial of social security disability benefits. After hearing oral argument and reviewing the record, the parties' briefs, and the applicable law, this court determines that no jurisprudential purpose would be served by a panel opinion and affirms the district court's decision for the reasons well stated in Chief District Judge James Todd's opinion.

---

[*]The Honorable Robert Holmes Bell, United States Chief District Judge for the Western District of Michigan, sitting by designation.